The State of Texas,     Cause No. 99-13-B     IN The District Court

V

Brandon Clay     Mandamus 83,872     25th JUDICIAL District GONZALES COUNTY, TEXAS

Comes now Brandon Clay the defendant Pro Se and humbly moves the court to issue a writ of mandamus and all other writs necessary to enforce the law and principles as to the process of writs and law. Gov. Code Section 22.221(b). The 25th District court, Gonzales County Texas. Has failed to process and/or respond to defendants Nunc Pro Tunc where he asserts his credit for time served has been applied inaccurately, and he requests the correct it. See Ex Parte Ybarra 149 S.W.3d 147 (Tex.Crim.App.2004). Which sets forth the remedy.

Defendant utilizes the remedy of last resort when there is no other remedy left to his disposal, when the court has not responded, or to appeal an order of Nunc Pro Tunc set forth by this court in Ex Parte Florence 319 S.W.3d 695 (Tex.Crim.App.2010).

Defendant requests the court take notice of adjudicated facts. On record are his time served, and credit granted by the district court (already adjudicated). Also take notice of defendants indigency on record, and his right to be heard in person if necessary pursuant to these issues of notice. Tex Rule of Evidence 201(e),(d), and (b).

Prayer

Wherefore Premises considerd defendant humbly prays the Court grant his writ of mandamus, and all relief in ordering the lower court to answer his Nunc Pro Tunc, and correct his credit for jail time served by 75 days

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta Clerk

Respectfully submitted

Sign: *Brandon Clay*
print: Brandon Clay
TDCJ#: 1954282
Address: 200 Lee Morrison Lane
Bryan, Tx 77807

## Order

On the _____ day of _____ 20 ____ . Came to be heard defendant's Writ of Mandamus and upon consideration of the same It is so ordered Granted/Denied.

_____
Judge presiding

CAUSE NO. 99-13-B

THE STATE OF TEXAS

VS.

Brandon Clay

CHARGE: Theft

IN THE DISTRICT COURT

25TH JUDICIAL DISTRICT

GONZALES COUNTY, TEXAS

TO THE SHERIFF OF GONZALES COUNTY, TEXAS: GREETINGS:

BY ORDER OF THE COURT, ON THE 8th DAY OF April ,20 14 ,
THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

__X__ DEFENDANT SENTENCED TO SERVE _5_ YEARS IN THE TEXAS DEPARTMENT
OF CORRECTIONS. DEFENDANT REMANDED TO THE SHERIFF.
*with credit 315 days*

_____ DEFENDANT SENTENCED TO SERVE_____ IN THE TEXAS STATE JAIL.
DEFENDANT REMANDED TO THE SHERIFF.

_____ DEFENDANT SENTENCED TO SERVE_____ YEARS PROBATION AND_____
FINE. DEFENDANT REMANDED TO THE SHERIFF FOR SAFPF.

_____ DEFENDANT SENTENCED TO SERVE_____ YEARS PROBATION AND_____
FINE. THIS IS YOUR AUTHORITY TO RELEASE DEFENDANT ON ABOVE
CAUSE NUMBER.

_____ DEFENDANT SENTENCED TO SERVE_____ DAYS/YEARS IN THE COUNTY JAIL
AND_____ FINE. DEFENDANT REMANDED TO THE SHERIFF.

_____ BOND SET/RAISED/REDUCED. DEFENDANT REQUIRED TO MAKE A BOND IN
THE AMOUNT OF_____IN THE ABOVE CAUSE.
DEFENDANT REMANDED TO THE SHERIFF.

_____ P.R. BOND WITH CONDITIONS BY PROBATION OFFICE IN THE AMOUNT OF
_____.

_____ UPON HEARING, WRIT OF HABEAS CORPUS IN CAUSE NUMBER_____
BAIL WAS SET IN THE AMOUNT OF_____ IN CAUSE NUMBER
_____. DEFENDANT REMANDED TO THE SHERIFF.

_____ REDUCED TO A MISDEMEANOR. TO SERVE_____ YEARS PROBATION AND
_____ FINE. THIS IS YOUR AUTHORITY TO RELEASE DEFENDANT
ON ABOVE CAUSE NUMBER.

WITNESS MY HAND AND SEAL OF OFFICE AT GONZALES, TEXAS, THIS THE 8th
DAY OF April ,20 14 .

Sandra Baker
SANDRA BAKER, DISTRICT CLERK
GONZALES COUNTY, TEXAS

) bked up for 505 days  stayed out 44 days  an been loked up now today Apr 13
0 days total together 825 days  how ~~much~~ many days got left on my sentence as
today April 13, 2014  1,505  total 5yr  1,825 - 320 = 1,505  an counting

120 Aug 3 or
50 some days
21 July  134 days
6r J5 14  70 some days